THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joesherbert Thompson,       
Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-091
Submitted February 1, 2005  Filed February 
 8, 2005 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Teresa A. Knox, Tommy Evans, Jr., and J. Benjamin Aplin, 
 South Carolina Department of Probation, Parole and Pardon Services, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  In October 2000 Joesherbert 
 Thompson was sentenced to five years suspended on time served and five years 
 probation for twelve counts of forgery and bank fraud.  On December 22, 2003, 
 the State issued a probation citation for Thompson, alleging violations of the 
 terms of her probation.  Thompsons probation was revoked during a probation 
 hearing on March 19, 2004.  Thompson appeals, arguing her violation was not 
 willful.  On appeal, counsel for Thompson has filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), asserting that there are no meritorious 
 grounds for appeal and requesting permission to withdraw from further representation.  
 Thompson filed a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
ANDERSON, BEATTY and SHORT, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.